[No. 3959-5-III.  Division Three.  October 1, 1981.]

HOWARD LAROSE, *Respondent,* v. TRAILER
INNS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 79-2-00189-8, Walter A. Stauffacher, J., entered July 7, 1980. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Munson, J.

[No. 4779-II.  Division Two.  October 2, 1981.]

ARVID GRANT AND ASSOCIATES, INC., *Respondent,*
v. GILBERT O. MINOR, ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 72040, John N. Skimas, J., entered April 25, 1980. *Affirmed* by unpublished opinion per Petrie J., concurred in by Reed, C.J., and Pearson, J.

[No. 9314-2-I.  Division One.  October 5, 1981.]

HELEN G. WYLIE, ET AL, *Appellants,* v. THE
CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 846712, Jack P. Scholfield, J., entered June 27, 1979. *Affirmed* by unpublished opinion per Durham, J., concurred in by Callow and Corbett, JJ.

[No. 4551-II.  Division Two.  October 7, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RHONDA
J. GENNRICH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 55142, Thomas R. Sauriol, J., entered February 5, 1980. *Affirmed* by unpublished opinion per Petrie, A.C.J., concurred in by Pearson and Petrich, JJ.